UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT COLEMAN | ) | |
| | ) | |
| v. | ) | NO. 3:09-0456 |
| | ) | JUDGE ECHOLS |
| DAVID MILLER, ET AL. | ) | |

## ORDER

Before the Court is the Government's Motion for Leave to File Reply (Docket Entry No. 46) to Plaintiff's Response to the Government's Motion for Summary Judgment. The Government has filed its Reply as an attachment to his Motion (Docket Entry No. 46-1).

The Motion is hereby GRANTED. The Clerk is directed to give the Government's Reply a separate docket entry number.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE